UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:19-55673
Chapter 7
Hon: TUCKER

Aaron & Amanda Spradlin

                Debtor(s).

_____
_____/

## ORDER TO TERMINATE THE AUTOMATIC STAY

THIS MATTER having come before this Court upon agreement between the parties, that a Stipulated Order shall be entered as follows:

IT IS HEREBY STIPULATED AND ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, Cornerstone Community Financial Credit Union, said creditor having a validly perfected interest in 2009 Pontiac G6.

IT IS FURTHER ORDERED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that any remaining proceeds from the sale of the collateral sale be remitted to the Chapter 7 Trustee.

**Signed on December 13, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge